UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANDRA EKSTROM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | C07-114JLR <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, The Honorable Mary Alice Theiler, United States Magistrate Judge:

Defendant filed a Motion to Remand, noting it for June 22, 2007. (Dkt. 14) However, in order to maintain the briefing schedule already established in this case (see Dkt. 10), defendant's motion will be considered as an answering brief requesting remand. As such, the Court hereby STRIKES the noting date set by defendant's motion. Plaintiff's optional reply brief is still due no later than June 14, 2007.

Dated this 6th day of June, 2007

BRUCE RIFKIN, Clerk of Court

By *Judith A. Thomas*
Judith A. Thomas, Deputy Clerk