UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANDRA EKSTROM, | CASE NO. C07-0114-JLR-MAT |
| Plaintiff, | |
| v. | ORDER DIRECTING PARTIES TO CONFER AS TO A STIPULATION FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties in this case agree that this matter should be remanded for further administrative proceedings and agree on almost all of the issues to be addressed on remand. (*See* Dkts. 12, 14 & 16.) Given this agreement, the Court finds that a stipulated remand would allow for the most expeditious resolution of this case. As such, the Court hereby ORDERS the parties to confer and determine whether they can come to an agreement on a Stipulation for Remand. The parties should submit the stipulation, or inform the Court as to their inability to come to such an agreement, on or before **August 10, 2006**.

DATED this 24th day of July, 2007.

Mary Alice Theiler
United States Magistrate Judge